**Order entered September 22, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00638-CV

## IN RE CENTRAL ORGEON TRUCK COMPANY, INC. AND DAVID HUPP, Relators

### Original Proceeding from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-03066-2019

### ORDER
Before Chief Justice Burns, Justice Osborne, and Justice Reichek

Before the Court is relators' June 24, 2020 petition for writ of mandamus. In the petition, relators complain of the trial court's orders quashing their discovery requests. We request a response, if any, from real parties in interest and respondent by **October 12, 2020.**

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE